support a cause of action because the majority holds that the other defendants were not negligent as a matter of law in so securing the limb *(see, Macey v Truman, supra,* at 920). (Appeal from order of Supreme Court, Erie County, Mintz, J.— summary judgment.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ LINDA M. LICHTENTHAL et al., as Coexecutors of STANLEY J. FELDMAN, Deceased, Appellants, v ST. MARY'S CHURCH, Respondent, et al., Defendants. (Appeal No. 4.)—Order unanimously reversed on the law without costs and motion denied. Same memorandum as in *Lichtenthal v St. Mary's Church* ([appeal No. 2] 166 AD2d 873 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Mintz, J.—summary judgment.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ LINDA LICHTENTHAL et al., as Coexecutors of STANLEY J. FELDMAN, Deceased, Appellants, v ST. MARY'S CHURCH et al., Defendants, and DANIEL HERBERGER, Respondent. (Appeal No. 5.)—Order affirmed without costs. Same memorandum as in *Lichtenthal v St. Mary's Church* ([appeal No. 2] 166 AD2d 873 [decided herewith]).

All concur, except Balio and Lawton, JJ., who dissent and vote to reverse in the same dissenting memorandum as in *Lichtenthal v St. Mary's Church* ([appeal No. 3] 166 AD2d 875 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Mintz, J.—summary judgment.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ LINDA M. LICHTENTHAL et al., as Coexecutors of STANLEY J. FELDMAN, Deceased, Appellants, v SWORMVILLE FIRE COMPANY, INC., et al., Defendants, and GERMAIN KRAFFT, Respondent. (Appeal No. 6.)—Order affirmed without costs. Same memorandum as in *Lichtenthal v St. Mary's Church* ([appeal No. 2] 166 AD2d 873 [decided herewith]).

All concur, except Balio and Lawton, JJ., who dissent and vote to reverse in the same dissenting memorandum as in *Lichtenthal v St. Mary's Church,* ([appeal No. 3] 166 AD2d 875 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Mintz, J.—summary judgment.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ AMICA MUTUAL INSURANCE COMPANY, Respondent, v MICHAEL GROSE, Also Known as MICHAEL GROSSE, Defendant, and DONNA HUMISTON, Appellant.—Judgment unanimously reversed on the law without costs, motion denied, cross motion